UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

OCT 21 2011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner. | § | |
| | § | CRIMINAL NO. H-~~10~~ 11-1374M-05 |
| v. | § | |
| | § | |
| BLADMER MERCADO-GARCIA, | § | |
| | § | |
| Respondent. | § | |

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kenneth Magidson, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **LUIS FLORES,** SPN: xxxxx, DOB: 08/30/1989, duly committed to Warden of Kegans State Jail, 707 Top Street, Houston, Texas 77002, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 27th day of Oct, 2011, at 10 A.M, in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Warden of Kegans State Jail, 707 Top Street, Houston, Texas 77002, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Warden of Kegans State Jail, 707 Top Street, Houston, Texas 77002, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad

Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 21 day of Oct, 2011, so that he may be present in this cause at that time.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
KEBHARU H. SMITH
Assistant United States Attorney